# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   DONALD J. YOUNG              :   CHAPTER 13
          Debtor                           :   BANKRUPTCY NO. 18-13657

## CERTIFICATION OF NO RESPONSE AND
## CERTIFICATION OF UNCONTESTED APPLICATION FOR COUNSEL FEES

I, PAUL H. YOUNG, ESQUIRE, attorney for Debtors listed above, certify the following:

1. On November 16, 2018, I served a true and correct copy of the attached Notice of Application for Counsel Fees on the Debtors, Trustee and all interested parties.

2. I have not received a responsive pleading from any party in interest within the time period provided by the Rules of Court.

WHEREFORE, it is respectfully requested that this Honorable Court grant the Application for Counsel Fees and enter the proposed Order attached hereto.

                                                            Respectfully submitted,

                                                            /s/ Paul H. Young
                                                            Paul H. Young, Esquire
                                                            Young, Marr & Associates
                                                            3554 Hulmeville Road
                                                            Suite 102
                                                            Bensalem, PA   19020
                                                            Phone:   (215) 639-5297
                                                           Fax:      (215) 639-1344
                                                           support@ymalaw.com